# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>ASSODALLAH MOHAMMADI,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>MJ 15-00035-1<br><br>**ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**<br>**18 USC §3006A(f)** |

On January 13, 2015 defendant Assodallah Mohammadi
- X submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court found that the defendant has the present ability to make a contribution towards his/her attorney's fees.
- ☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints   Marisol Orihuela, DFPD   as counsel for the defendant
- ☐ until further notice.
- X for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:
- X A total sum of $ 100.00
  - X due not later ~~than   February 6, 2015~~
  - ☐ due in monthly pa~~yments of $~~               beginning                          .

- ☐ Monthly payments of $                     to commence on                          
  and to continue until final disposition of this case.

- X Other   This payment is for January 20, 2015, proceedings only.

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

  January 22, 2015                                     *Paul L. Abrams*
  Dated                                                 Paul L. Abrams, United States Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
   *CJA*
   *FPD*
   *PSA*